**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2355**

DONALD VAN METER,

       Plaintiff - Appellant,

   v.

COMMONWEALTH OF VIRGINIA CHILD SUPPORT ENFORCEMENT, Fairfax District Office, Acting in Individual Capacity; FRANCESCA GAINS, Acting in Individual Capacity; KIMBERLY WILSON, Appeals Examiner,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:17-cv-00892-LO-JFA)

Submitted: March 29, 2018                    Decided: April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Van Meter, Appellant Pro Se. Scott F. Weber, DIVISION OF CHILD SUPPORT ENFORCEMENT, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Van Meter appeals from the district court's order dismissing his complaint alleging civil rights violations relating to state court orders on domestic relations cases. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Van Meter v. DCSE*, No. 1:17-cv-00892-LO-JFA (E.D. Va. Oct. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
